IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| DAVID KEITH McANALLY, | * |
| Plaintiff, | * |
| vs. | *   No. 3:12-cv-0019-SWW |
| BARKER MANUFACTURING CO., | * |
| Defendant. | * |

ORDER

The Motion [doc.#3] for admission of attorney Eric F. Kayira to appear in this action as counsel pro hac vice for plaintiff is hereby granted, Mr. Kayira having affirmed that he will be bound by this Court's local rules (which includes affirming to the jurisdiction of the Court in matters of discipline, see Local Rule 83.5(d)).

IT IS SO ORDERED this 2nd day of March 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE