IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID KEITH MCANALLY**                                                                     **PLAINTIFF**

**v.**                                    **Case No. 3:12-cv-00019**

**BARKER MANUFACTURING, CO.**                                                     **DEFENDANT**

## ORDER

On May 14, 2013, the parties submitted a joint status report (Dkt. No. 15). In that report, the parties request that the Court set a new trial date. For good cause shown, the parties' request for continuance is granted (Dkt. No. 15). The Clerk of the Court is directed to remove this case from the trial docket for the week of July 8, 2013. A new trial date will be set and an Amended Final Scheduling Order will be issued by separate Order.

SO ORDERED this the 18th day of June, 2013.

_____
Kristine G. Baker
United States District Judge