**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DAVID KEITH MCANALLY** **PLAINTIFF**

**v.** **Case No. 3:12-cv-00019**

**BARKER MANUFACTURING CO.** **DEFENDANT**

**ORDER**

Based upon the parties' representations to Magistrate Judge Joe J. Volpe, this case is removed from the trial calendar for the week of February 10, 2014.

SO ORDERED this the 29th day of January, 2014.

Kristine G. Baker
United States District Judge