IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID KEITH MCANALLY**                                                      **PLAINTIFF**

**v.**                           **Case No. 3:12-cv-00019**

**BARKER MANUFACTURING CO.**                                     **DEFENDANT**

## ORDER

Based upon the parties' representations to Magistrate Judge Joe J. Volpe, this case is removed from the trial calendar for the week of February 10, 2014.

SO ORDERED this the 29th day of January, 2014.

_____
Kristine G. Baker
United States District Judge