# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DAVID KEITH MCANALLY**                                                          **PLAINTIFF**


**v.**                                     **Case No. 3:12-cv-00019-KGB**


**BARKER MANUFACTURING CO.**                                              **DEFENDANT**

## ORDER

Pursuant to the parties' stipulation of dismissal with prejudice (Dkt. No. 22), the Court

dismisses this action with prejudice.  The parties have stipulated and agreed, pursuant to Federal

Rule of Civil Procedure 41(a), that this action, and all claims that were or could have been

asserted therein by either party against the other, shall be dismissed with prejudice and without

costs or fees to any of the parties hereto, said parties waiving all rights of appeal.

SO ORDERED this the 1st day of April, 2014.


_____
Kristine G. Baker
United States District Judge